AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSHSTAVIE WATERS,

        Petitioner,    JUDGMENT IN A CIVIL CASE

        v.    CASE NUMBER: CV 622-062

STATE OF GEORGIA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 16, 2022 Order adopting the Magistrate Judge's Report and Recommendation, Petitioner's 28 U.S.C. § 2254 petition and associated motion are dismissed without prejudice. A certificate of appealability is denied and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

| 12/16/2022 | | John E. Triplett, Clerk of Court |
|---|---|---|
| Date | | Clerk |
| | | *(signature)* |
| | | (By) Deputy Clerk |

GAS Rev 10/2020